IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

STEWART CALVERT BRANNON,            )
                                    )
              Plaintiff,            )
                                    )
       v.                           )        CV 325-121
                                    )
WARDEN VERONICA STEWART;            )
CORRECT CARE INTEGRATED             )
HEALTH; D.O.C.; and D.O.J.,         )
                                    )
              Defendants.           )

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 15.) The Magistrate Judge recommended dismissing the case because Plaintiff fails to state a claim upon which relief can be granted. (See doc. no. 11.) Nothing in the objections changes the analysis, but one objection merits further comment.

Plaintiff strenuously objects to the Magistrate Judge making a recommendation because he does not have "jurisdiction" to rule in the case. (See doc. no. 15, pp. 1-2, 9.) However, the Magistrate Judge is statutorily authorized to address pretrial matters at the direction of the district judge, subject to *de novo* review by the district judge, and the consent of the parties for the Magistrate Judge to act in accordance with 28 U.S.C. § 636(b)(1)(A) is not required. As evidenced by this Court's consideration of the objections, Plaintiff has had the opportunity to

challenge the recommendation for dismissal, and there is no merit to the contention the Magistrate Judge had no jurisdiction or authority to act.

Accordingly, the Court **OVERRULES** all objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's case for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this _2nd_ day of April, 2026, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

2